**American Airlines**

**American Airlines, Inc.**
PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

**Pay Statement**

| | | |
|---|---|---|
| **Hindsalee Burrell** | **Pay Frequency:** US Bi-Weekly | **Status/Allowance/Percent.** | **Available** |
| 901 Parkview Drive unit A106 | **Employee Type:** Regular | FED  Single  0 | **Vacation**  10.00 |
| King of Prussia PA  19406 | **Payment Date:** 06/27/2025 | PA  Single  0 | **Sick**  2.48 |
| | **Hours Worked:** 104.34 | | **Hol Vac**  50.00 |
| **Location:**  PHL AIRPORT GROUP 6 | **Pay Period:** 06/09/2025 - 06/22/2025 | | |
| **Company FEIN:** 13-1502798 | **Basis of Pay:** Hourly | | |

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| **Current** | 4,322.91 | 365.73 | 693.75 | 205.38 | 3,058.05 |
| **Year to Date** | 44,005.19 | 5,067.01 | 8,782.37 | 1,795.76 | 28,360.05 |

### EARNINGS

| Earnings | Period End | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|---|
| Regular Pay | | 37.82 | 5.50 | 208.01 | 11,608.94 |
| Voluntary Trade Worked | | 37.82 | 85.96 | 3,251.01 | 24,392.21 |
| Shift 4 | | 0.65 | 98.96 | 64.34 | 155.76 |
| Overtime | | 56.73 | 4.00 | 226.92 | 226.92 |
| Shift 4 - OT | | 0.98 | 4.00 | 3.92 | 3.92 |
| Additional Hours | | 37.82 | 7.50 | 283.65 | 283.65 |
| Doubletime | | 75.64 | 1.38 | 104.38 | 104.38 |
| Shift 4 - DT | | 1.30 | 1.38 | 1.79 | 1.79 |
| Sick Pay | | 37.82 | 4.73 | 178.89 | 1,295.90 |
| Shift 2 | | 0.00 | 0.00 | 0.00 | 116.62 |
| Shift 3 | | 0.00 | 0.00 | 0.00 | 71.88 |
| Training Pay | | 0.00 | 0.00 | 0.00 | 881.28 |
| Per Diem Non Taxable | | 0.00 | 0.00 | 0.00 | 25.00 |
| Travel Pay - OT | | 0.00 | 0.00 | 0.00 | 70.50 |
| Vacation Pay | | 0.00 | 0.00 | 0.00 | 2,972.38 |
| Annual Vacation Payout | | 0.00 | 0.00 | 0.00 | 587.52 |
| AAG Profit Sharing | | 0.00 | 0.00 | 0.00 | 1,178.54 |
| EE Recognition GUp Tax | | 0.00 | 0.00 | 0.00 | 28.00 |
| **Total Earnings** | | | 213.41 | 4,322.91 | 44,005.19 |

### DEDUCTIONS

| Pre-Tax Deductions | Current | Year to Date |
|---|---|---|
| Dental Coverage | 9.84 | 127.92 |
| Vision Coverage | 5.74 | 74.62 |
| Employee AD&D | 3.54 | 46.02 |
| Spouse AD&D | 0.71 | 9.23 |
| Child AD&D | 0.07 | 0.91 |
| 401k | 345.83 | 4,808.31 |
| **Total Pre-Tax Deductions** | **365.73** | **5,067.01** |

| Taxes | Current | Year to Date |
|---|---|---|
| **Federal Taxes** | | |
|   Withholding Tax | 163.43 | 3,363.54 |
|   EE Social Security Tax | 266.78 | 2,723.13 |
|   EE Medicare Tax | 62.39 | 636.86 |
| **State Taxes PA** | | |
|   Withholding Tax | 132.10 | 1,348.38 |
|   EE Unemployment Tax | 3.03 | 30.93 |
| **City PBKX** | | |
|   Withholding Tax | 29.60 | 302.16 |
| **City PC0V** | | |
|   Withholding Tax | 34.42 | 351.37 |
|   Local Services Tax | 2.00 | 26.00 |
| **Total Taxes** | **693.75** | **8,782.37** |

| After-Tax Deductions | Current | Year to Date |
|---|---|---|
| Short Term Disability | 8.17 | 104.10 |
| Long Term Disability | 8.79 | 111.49 |
| Spouse Life | 6.75 | 86.27 |
| Child Life | 0.93 | 12.09 |
| Hospital Indemnity Plan | 17.54 | 228.02 |
| Group Accident Ins | 3.10 | 40.30 |
| Roth 401k | 86.46 | 507.71 |
| 401k Loan #1 | 49.03 | 392.24 |
| Union Dues - CWA/IBT | 24.61 | 313.54 |
| **Total After-Tax Deductions** | **205.38** | **1,795.76** |

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
|---|---|---|---|---|---|
| | | | | | |

| Taxable Earnings | Current | Year To Date |
|---|---|---|
| **Federal Taxes** | | |
|   Withholding Tax | 3,957.18 | 39,113.18 |
|   EE Social Security Tax | 4,303.01 | 43,921.49 |
|   EE Medicare Tax | 4,303.01 | 43,921.49 |
| **State Taxes PA** | | |
|   Withholding Tax | 4,303.01 | 43,921.49 |
| **City PBKX** | | |
|   Withholding Tax | 860.60 | 8,784.26 |
| **City PC0V** | | |
|   Withholding Tax | 3,442.41 | 35,137.23 |

| Additional Information | Current | Year to Date |
|---|---|---|
| 401k Company Match | 172.92 | 1,758.09 |
| 401k Company Contrib. | 216.15 | 2,198.48 |

| Imputed Income | Current | Year to Date |
|---|---|---|
| EE Recognition Gross-Up | 0.00 | 200.00 |

American Airlines

Case 25-12800    Doc 6    Filed 07/14/25    Entered 07/14/25 10:07:48    Desc Main
Document    Page 2 of 10

Pay Statement

American Airlines, Inc.
PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

| NET EARNINGS DISTRIBUTION | | | | | |
|---|---|---|---|---|---|
| **Account Type** | **Bank Name** | **Account Number** | **Date** | **Deposit Amount** | **Currency** |
| Checking Account | J. P. MORGAN CHASE BANK, | **********9280 | 06/27/2025 | 150.00 | USD |
| Checking Account | EMPIRE NATIONAL BANK | ************7563 | 06/27/2025 | 38.09 | USD |
| Checking Account | NAVY FEDERAL CREDIT UNION | ******0343 | 06/27/2025 | 25.00 | USD |
| Checking Account | CAPITAL ONE N.A. | *******7147 | 06/27/2025 | 25.00 | USD |
| Checking Account | TRUMARK FINANCIAL CU | *********8105 | 06/27/2025 | 300.00 | USD |
| Checking Account | WELLS FARGO BANK | ******6839 | 06/27/2025 | 2,519.96 | USD |

**Hindsalee Burrell**
901 Parkview Drive unit A106
King of Prussia PA 19406

| | | |
|---|---|---|
| **Pay Frequency:** | US Bi-Weekly | |
| **Employee Type:** | Regular | |
| **Payment Date:** | 06/13/2025 | |
| **Hours Worked:** | 111.94 | |
| **Pay Period:** | 05/26/2025 - 06/08/2025 | |
| **Basis of Pay:** | Hourly | |

| Status/Allowance/Percent. | | | |
|---|---|---|---|
| FED | Single | 0 | |
| PA | Single | 0 | |

| Available | |
|---|---|
| Vacation | 10.00 |
| Sick | 3.73 |
| Hol Vac | 50.00 |

**Location:** PHL AIRPORT GROUP 6
**Company FEIN:** 13-1502798

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| **Current** | 4,911.47 | 265.47 | 1,304.06 | 217.15 | 3,124.79 |
| **Year to Date** | 39,682.28 | 4,701.28 | 8,088.62 | 1,590.38 | 25,302.00 |

### EARNINGS

| Earnings | Period End | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|---|
| Regular Pay | | 37.82 | 32.80 | 1,240.50 | 11,400.93 |
| Voluntary Trade Worked | | 37.82 | 79.14 | 2,993.07 | 21,141.20 |
| Shift 4 | | 0.65 | 111.94 | 72.78 | 91.42 |
| Vacation Pay | | 37.82 | 16.00 | 605.12 | 2,972.38 |
| Shift 2 | | 0.00 | 0.00 | 0.00 | 116.62 |
| Shift 3 | | 0.00 | 0.00 | 0.00 | 71.88 |
| Training Pay | | 0.00 | 0.00 | 0.00 | 881.28 |
| Per Diem Non Taxable | | 0.00 | 0.00 | 0.00 | 25.00 |
| Travel Pay - OT | | 0.00 | 0.00 | 0.00 | 70.50 |
| Sick Pay | | 0.00 | 0.00 | 0.00 | 1,117.01 |
| Annual Vacation Payout | | 0.00 | 0.00 | 0.00 | 587.52 |
| AAG Profit Sharing | | 0.00 | 0.00 | 0.00 | 1,178.54 |
| EE Recognition GUp Tax | | 0.00 | 0.00 | 0.00 | 28.00 |
| **Total Earnings** | | | 239.88 | 4,911.47 | 39,682.28 |

### DEDUCTIONS

| Pre-Tax Deductions | Current | Year to Date |
|---|---|---|
| Dental Coverage | 9.84 | 118.08 |
| Vision Coverage | 5.74 | 68.88 |
| Employee AD&D | 3.54 | 42.48 |
| Spouse AD&D | 0.71 | 8.52 |
| Child AD&D | 0.07 | 0.84 |
| 401k | 245.57 | 4,462.48 |
| **Total Pre-Tax Deductions** | **265.47** | **4,701.28** |

| Taxes | Current | Year to Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 701.46 | 3,200.11 |
| EE Social Security Tax | 303.28 | 2,456.35 |
| EE Medicare Tax | 70.93 | 574.47 |
| **State Taxes PA** | | |
| Withholding Tax | 150.17 | 1,216.28 |
| EE Unemployment Tax | 3.44 | 27.90 |
| **City PBKX** | | |
| Withholding Tax | 33.65 | 272.56 |
| **City PC0V** | | |
| Withholding Tax | 39.13 | 316.95 |
| Local Services Tax | 2.00 | 24.00 |
| **Total Taxes** | **1,304.06** | **8,088.62** |

| After-Tax Deductions | Current | Year to Date |
|---|---|---|
| Short Term Disability | 8.17 | 95.93 |
| Long Term Disability | 8.79 | 102.70 |
| Spouse Life | 6.75 | 79.52 |
| Child Life | 0.93 | 11.16 |
| Hospital Indemnity Plan | 17.54 | 210.48 |
| Group Accident Ins | 3.10 | 37.20 |
| Roth 401k | 98.23 | 421.25 |
| 401k Loan #1 | 49.03 | 343.21 |
| Union Dues - CWA/IBT | 24.61 | 288.93 |
| **Total After-Tax Deductions** | **217.15** | **1,590.38** |

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
|---|---|---|---|---|---|
| | | | | | |

| Taxable Earnings | Current | Year To Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 4,646.00 | 35,156.00 |
| EE Social Security Tax | 4,891.57 | 39,618.48 |
| EE Medicare Tax | 4,891.57 | 39,618.48 |
| **State Taxes PA** | | |
| Withholding Tax | 4,891.57 | 39,618.48 |
| **City PBKX** | | |
| Withholding Tax | 978.31 | 7,923.66 |
| **City PC0V** | | |
| Withholding Tax | 3,913.26 | 31,694.82 |

| Additional Information | Current | Year To Date |
|---|---|---|
| 401k Company Match | 196.46 | 1,585.17 |
| 401k Company Contrib. | 245.57 | 1,982.33 |
| **Imputed Income** | **Current** | **Year to Date** |
| EE Recognition Gross-Up | 0.00 | 200.00 |



Case 25-12800    Doc 6    Filed 07/14/25    Entered 07/14/25 10:07:48    Desc Main
Document      Page 4 of 10

Pay Statement

**American Airlines, Inc.**
PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

| NET EARNINGS DISTRIBUTION | | | | | |
|---|---|---|---|---|---|
| **Account Type** | **Bank Name** | **Account Number** | **Date** | **Deposit Amount** | **Currency** |
| Checking Account | J. P. MORGAN CHASE BANK, | **********9280 | 06/13/2025 | 150.00 | USD |
| Checking Account | EMPIRE NATIONAL BANK | ************7563 | 06/13/2025 | 38.09 | USD |
| Checking Account | NAVY FEDERAL CREDIT UNION | ******0343 | 06/13/2025 | 25.00 | USD |
| Checking Account | CAPITAL ONE N.A. | *******7147 | 06/13/2025 | 25.00 | USD |
| Checking Account | TRUMARK FINANCIAL CU | *********8105 | 06/13/2025 | 300.00 | USD |
| Checking Account | WELLS FARGO BANK | ******6839 | 06/13/2025 | 2,586.70 | USD |

**American Airlines** — Pay Statement

American Airlines, Inc.
PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

| | | | |
|---|---|---|---|
| **Hindsalee Burrell** | **Pay Frequency:** US Bi-Weekly | **Status/Allowance/Percent.** | **Available** |
| 901 Parkview Drive unit A106 | **Employee Type:** Regular | FED Single 0 | **Vacation** 26.00 |
| King of Prussia PA 19406 | **Payment Date:** 05/30/2025 | PA Single 0 | **Sick** 0.00 |
| | **Hours Worked:** 28.67 | | **Hol Vac** 50.00 |
| **Location:** PHL AIRPORT GROUP 6 | **Pay Period:** 05/12/2025 - 05/25/2025 | | |
| **Company FEIN:** 13-1502798 | **Basis of Pay:** Hourly | | |

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| **Current** | 2,842.66 | 162.03 | 615.79 | 175.77 | 1,889.07 |
| **Year to Date** | 34,770.81 | 4,435.81 | 6,784.56 | 1,373.23 | 22,177.21 |

### EARNINGS

| Earnings | Period End | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|---|
| Regular Pay | | 37.82 | 11.52 | 435.69 | 10,160.43 |
| Voluntary Trade Worked | | 37.82 | 17.15 | 648.61 | 18,148.13 |
| Shift 4 | | 0.65 | 28.67 | 18.64 | 18.64 |
| Vacation Pay | | 37.82 | 41.00 | 1,550.62 | 2,367.26 |
| Sick Pay | | 37.82 | 5.00 | 189.10 | 1,117.01 |
| Shift 2 | | 0.00 | 0.00 | 0.00 | 116.62 |
| Shift 3 | | 0.00 | 0.00 | 0.00 | 71.88 |
| Training Pay | | 0.00 | 0.00 | 0.00 | 881.28 |
| Per Diem Non Taxable | | 0.00 | 0.00 | 0.00 | 25.00 |
| Travel Pay - OT | | 0.00 | 0.00 | 0.00 | 70.50 |
| Annual Vacation Payout | | 0.00 | 0.00 | 0.00 | 587.52 |
| AAG Profit Sharing | | 0.00 | 0.00 | 0.00 | 1,178.54 |
| EE Recognition GUp Tax | | 0.00 | 0.00 | 0.00 | 28.00 |
| **Total Earnings** | | | 103.34 | 2,842.66 | 34,770.81 |

### DEDUCTIONS

| Pre-Tax Deductions | Current | Year to Date |
|---|---|---|
| Dental Coverage | 9.84 | 108.24 |
| Vision Coverage | 5.74 | 63.14 |
| Employee AD&D | 3.54 | 38.94 |
| Spouse AD&D | 0.71 | 7.81 |
| Child AD&D | 0.07 | 0.77 |
| 401k | 142.13 | 4,216.91 |
| **Total Pre-Tax Deductions** | **162.03** | **4,435.81** |

| Taxes | Current | Year to Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 267.20 | 2,498.65 |
| EE Social Security Tax | 175.01 | 2,153.07 |
| EE Medicare Tax | 40.93 | 503.54 |
| **State Taxes PA** | | |
| Withholding Tax | 86.66 | 1,066.11 |
| EE Unemployment Tax | 1.99 | 24.46 |
| **City PBKX** | | |
| Withholding Tax | 19.42 | 238.91 |
| **City PC0V** | | |
| Withholding Tax | 22.58 | 277.82 |
| Local Services Tax | 2.00 | 22.00 |
| **Total Taxes** | **615.79** | **6,784.56** |

| After-Tax Deductions | Current | Year to Date |
|---|---|---|
| Short Term Disability | 8.17 | 87.76 |
| Long Term Disability | 8.79 | 93.91 |
| Spouse Life | 6.75 | 72.77 |
| Child Life | 0.93 | 10.23 |
| Hospital Indemnity Plan | 17.54 | 192.94 |
| Group Accident Ins | 3.10 | 34.10 |
| Roth 401k | 56.85 | 323.02 |
| 401k Loan #1 | 49.03 | 294.18 |
| Union Dues - CWA/IBT | 24.61 | 264.32 |
| **Total After-Tax Deductions** | **175.77** | **1,373.23** |

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
|---|---|---|---|---|---|
| | | | | | |

| Taxable Earnings | Current | Year To Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 2,680.63 | 30,510.00 |
| EE Social Security Tax | 2,822.76 | 34,726.91 |
| EE Medicare Tax | 2,822.76 | 34,726.91 |
| **State Taxes PA** | | |
| Withholding Tax | 2,822.76 | 34,726.91 |
| **City PBKX** | | |
| Withholding Tax | 564.55 | 6,945.35 |
| **City PC0V** | | |
| Withholding Tax | 2,258.21 | 27,781.56 |

| Additional Information | Current | Year To Date |
|---|---|---|
| 401k Company Match | 113.70 | 1,388.71 |
| 401k Company Contrib. | 142.13 | 1,736.76 |

| Imputed Income | Current | Year to Date |
|---|---|---|
| EE Recognition Gross-Up | 0.00 | 200.00 |

American Airlines

Case 25-12800    Doc 6    Filed 07/14/25    Entered 07/14/25 10:07:48    Desc Main
Document    Page 6 of 10

Pay Statement

American Airlines, Inc.
PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

| NET EARNINGS DISTRIBUTION | | | | | |
|---|---|---|---|---|---|
| **Account Type** | **Bank Name** | **Account Number** | **Date** | **Deposit Amount** | **Currency** |
| Checking Account | J. P. MORGAN CHASE BANK, | **********9280 | 05/30/2025 | 300.00 | USD |
| Checking Account | EMPIRE NATIONAL BANK | ************7563 | 05/30/2025 | 38.09 | USD |
| Checking Account | NAVY FEDERAL CREDIT UNION | ******0343 | 05/30/2025 | 25.00 | USD |
| Checking Account | CAPITAL ONE N.A. | *******7147 | 05/30/2025 | 25.00 | USD |
| Checking Account | TRUMARK FINANCIAL CU | *********8105 | 05/30/2025 | 300.00 | USD |
| Checking Account | WELLS FARGO BANK | ******6839 | 05/30/2025 | 1,200.98 | USD |

American Airlines

Pay Statement

American Airlines, Inc.
PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Hindsalee Burrell** | | | **Pay Frequency:** | US Bi-Weekly | **Status/Allowance/Percent.** | | **Available** |
| 901 Parkview Drive unit A106 | | | **Employee Type:** | Regular | FED Single 0 | | **Vacation** 67.00 |
| King of Prussia PA 19406 | | | **Payment Date:** | 05/16/2025 | PA Single 0 | | **Sick** 2.55 |
| | | | **Hours Worked:** | 76.63 | | | **Hol Vac** 50.00 |
| **Location:** | PHL AIRPORT GROUP 6 | | **Pay Period:** | 04/28/2025 - 05/11/2025 | | | |
| **Company FEIN:** 13-1502798 | | | **Basis of Pay:** | Hourly | | | |

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| **Current** | 3,374.44 | 188.62 | 792.22 | 186.61 | 2,206.99 |
| **Year to Date** | 31,928.15 | 4,273.78 | 6,168.77 | 1,197.46 | 20,288.14 |

| EARNINGS | | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| **Earnings** | **Period End Rate** | **Hours** | **Current** | **Year to Date** | **Pre-Tax Deductions** | **Current** | **Year to Date** |
| Regular Pay | 36.72 | 12.50 | 459.00 | 9,724.74 | Dental Coverage | 9.84 | 98.40 |
| Regular Pay | 37.82 | 52.58 | 1,988.58 | 0.00 | Vision Coverage | 5.74 | 57.40 |
| Voluntary Trade Worked | 37.82 | 11.55 | 436.82 | 17,499.52 | Employee AD&D | 3.54 | 35.40 |
| Shift 2 | 0.55 | 7.05 | 3.88 | 116.62 | Spouse AD&D | 0.71 | 7.10 |
| Vacation Pay | 37.82 | 8.00 | 302.56 | 816.64 | Child AD&D | 0.07 | 0.70 |
| Sick Pay | 36.72 | 5.00 | 183.60 | 927.91 | 401k | 168.72 | 4,074.78 |
| Shift 3 | 0.00 | 0.00 | 0.00 | 71.88 | **Total Pre-Tax Deductions** | **188.62** | **4,273.78** |
| Training Pay | 0.00 | 0.00 | 0.00 | 881.28 | **Taxes** | **Current** | **Year to Date** |
| Per Diem Non Taxable | 0.00 | 0.00 | 0.00 | 25.00 | **Federal Taxes** | | |
| Travel Pay - OT | 0.00 | 0.00 | 0.00 | 70.50 | Withholding Tax | 378.34 | 2,231.45 |
| Annual Vacation Payout | 0.00 | 0.00 | 0.00 | 587.52 | EE Social Security Tax | 207.98 | 1,978.06 |
| AAG Profit Sharing | 0.00 | 0.00 | 0.00 | 1,178.54 | EE Medicare Tax | 48.64 | 462.61 |
| EE Recognition GUp Tax | 0.00 | 0.00 | 0.00 | 28.00 | **State Taxes PA** | | |
| **Total Earnings** | | **96.68** | **3,374.44** | **31,928.15** | Withholding Tax | 102.98 | 979.45 |
| | | | | | EE Unemployment Tax | 2.36 | 22.47 |
| | | | | | **City PBKX** | | |
| | | | | | Withholding Tax | 23.08 | 219.49 |
| | | | | | **City PC0V** | | |
| | | | | | Withholding Tax | 26.84 | 255.24 |
| | | | | | Local Services Tax | 2.00 | 20.00 |
| | | | | | **Total Taxes** | **792.22** | **6,168.77** |
| | | | | | **After-Tax Deductions** | **Current** | **Year to Date** |
| | | | | | Short Term Disability | 8.22 | 79.59 |
| | | | | | Long Term Disability | 8.89 | 85.12 |
| | | | | | Spouse Life | 6.80 | 66.02 |
| | | | | | Child Life | 0.93 | 9.30 |
| | | | | | Hospital Indemnity Plan | 17.54 | 175.40 |
| | | | | | Group Accident Ins | 3.10 | 31.00 |
| | | | | | Roth 401k | 67.49 | 266.17 |
| | | | | | 401k Loan #1 | 49.03 | 245.15 |
| | | | | | Union Dues - CWA/IBT | 24.61 | 239.71 |
| | | | | | **Total After-Tax Deductions** | **186.61** | **1,197.46** |

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
|---|---|---|---|---|---|
| | | | | | |

| Taxable Earnings | Current | Year To Date | Additional Information | Current | Year To Date |
|---|---|---|---|---|---|
| **Federal Taxes** | | | 401k Company Match | 134.98 | 1,275.01 |
| Withholding Tax | 3,185.82 | 27,829.37 | 401k Company Contrib. | 168.72 | 1,594.63 |
| EE Social Security Tax | 3,354.54 | 31,904.15 | **Imputed Income** | **Current** | **Year to Date** |
| EE Medicare Tax | 3,354.54 | 31,904.15 | EE Recognition Gross-Up | 0.00 | 200.00 |
| **State Taxes PA** | | | | | |
| Withholding Tax | 3,354.54 | 31,904.15 | | | |
| **City PBKX** | | | | | |
| Withholding Tax | 670.91 | 6,380.80 | | | |
| **City PC0V** | | | | | |
| Withholding Tax | 2,683.63 | 25,523.35 | | | |


Case 25-12800 Doc 6 Filed 07/14/25 Entered 07/14/25 10:07:48 Desc Main Document Page 8 of 10

American Airlines, Inc.
PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

Pay Statement

| **NET EARNINGS DISTRIBUTION** | | | | | |
|---|---|---|---|---|---|
| **Account Type** | **Bank Name** | **Account Number** | **Date** | **Deposit Amount** | **Currency** |
| Checking Account | J. P. MORGAN CHASE BANK, | **********9280 | 05/16/2025 | 300.00 | USD |
| Checking Account | EMPIRE NATIONAL BANK | ************7563 | 05/16/2025 | 38.09 | USD |
| Checking Account | NAVY FEDERAL CREDIT UNION | ******0343 | 05/16/2025 | 25.00 | USD |
| Checking Account | CAPITAL ONE N.A. | *******7147 | 05/16/2025 | 25.00 | USD |
| Checking Account | TRUMARK FINANCIAL CU | *********8105 | 05/16/2025 | 1,818.90 | USD |

| | | | | |
|---|---|---|---|---|
| **Hindsalee Burrell** | **Pay Frequency:** US Bi-Weekly | **Status/Allowance/Percent.** | | **Available** |
| 901 Parkview Drive unit A106 | **Employee Type:** Regular | FED Single 0 | | **Vacation** 75.00 |
| King of Prussia PA 19406 | **Payment Date:** 05/02/2025 | PA Single 0 | | **Sick** 5.00 |
| | **Hours Worked:** 60.52 | | | **Hol Vac** 50.00 |
| **Location:** PHL AIRPORT GROUP 6 | **Pay Period:** 04/14/2025 - 04/27/2025 | | | |
| **Company FEIN:** 13-1502798 | **Basis of Pay:** Hourly | | | |

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| **Current** | 2,222.29 | 131.01 | 444.98 | 161.93 | 1,484.37 |
| **Year to Date** | 28,553.71 | 4,085.16 | 5,376.55 | 1,010.85 | 18,081.15 |

### EARNINGS

| Earnings | Period End | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|---|
| Regular Pay | | 36.72 | 60.52 | 2,222.29 | 7,277.16 |
| Voluntary Trade Worked | | 0.00 | 0.00 | 0.00 | 17,062.70 |
| Shift 2 | | 0.00 | 0.00 | 0.00 | 112.74 |
| Shift 3 | | 0.00 | 0.00 | 0.00 | 71.88 |
| Training Pay | | 0.00 | 0.00 | 0.00 | 881.28 |
| Per Diem Non Taxable | | 0.00 | 0.00 | 0.00 | 25.00 |
| Travel Pay - OT | | 0.00 | 0.00 | 0.00 | 70.50 |
| Vacation Pay | | 0.00 | 0.00 | 0.00 | 514.08 |
| Sick Pay | | 0.00 | 0.00 | 0.00 | 744.31 |
| Annual Vacation Payout | | 0.00 | 0.00 | 0.00 | 587.52 |
| AAG Profit Sharing | | 0.00 | 0.00 | 0.00 | 1,178.54 |
| EE Recognition GUp Tax | | 0.00 | 0.00 | 0.00 | 28.00 |
| **Total Earnings** | | | 60.52 | 2,222.29 | 28,553.71 |

### DEDUCTIONS

| Pre-Tax Deductions | Current | Year to Date |
|---|---|---|
| Dental Coverage | 9.84 | 88.56 |
| Vision Coverage | 5.74 | 51.66 |
| Employee AD&D | 3.54 | 31.86 |
| Spouse AD&D | 0.71 | 6.39 |
| Child AD&D | 0.07 | 0.63 |
| 401k | 111.11 | 3,906.06 |
| **Total Pre-Tax Deductions** | **131.01** | **4,085.16** |

| Taxes | Current | Year to Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 172.55 | 1,853.11 |
| EE Social Security Tax | 136.55 | 1,770.08 |
| EE Medicare Tax | 31.94 | 413.97 |
| **State Taxes PA** | | |
| Withholding Tax | 67.61 | 876.47 |
| EE Unemployment Tax | 1.56 | 20.11 |
| **City PBKX** | | |
| Withholding Tax | 15.15 | 196.41 |
| **City PC0V** | | |
| Withholding Tax | 17.62 | 228.40 |
| Local Services Tax | 2.00 | 18.00 |
| **Total Taxes** | **444.98** | **5,376.55** |

| After-Tax Deductions | Current | Year to Date |
|---|---|---|
| Short Term Disability | 7.93 | 71.37 |
| Long Term Disability | 8.47 | 76.23 |
| Spouse Life | 6.58 | 59.22 |
| Child Life | 0.93 | 8.37 |
| Hospital Indemnity Plan | 17.54 | 157.86 |
| Group Accident Ins | 3.10 | 27.90 |
| Roth 401k | 44.45 | 198.68 |
| 401k Loan #1 | 49.03 | 196.12 |
| Union Dues - CWA/IBT | 23.90 | 215.10 |
| **Total After-Tax Deductions** | **161.93** | **1,010.85** |

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
|---|---|---|---|---|---|
| | | | | | |

| Taxable Earnings | Current | Year To Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 2,091.28 | 24,643.55 |
| EE Social Security Tax | 2,202.39 | 28,549.61 |
| EE Medicare Tax | 2,202.39 | 28,549.61 |
| **State Taxes PA** | | |
| Withholding Tax | 2,202.39 | 28,549.61 |
| **City PBKX** | | |
| Withholding Tax | 440.48 | 5,709.89 |
| **City PC0V** | | |
| Withholding Tax | 1,761.91 | 22,839.72 |

| Additional Information | Current | Year To Date |
|---|---|---|
| 401k Company Match | 88.89 | 1,140.03 |
| 401k Company Contrib. | 111.11 | 1,425.91 |

| Imputed Income | Current | Year to Date |
|---|---|---|
| EE Recognition Gross-Up | 0.00 | 200.00 |



American Airlines, Inc.
PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

Pay Statement

| NET EARNINGS DISTRIBUTION | | | | | |
|---|---|---|---|---|---|
| Account Type | Bank Name | Account Number | Date | Deposit Amount | Currency |
| Checking Account | J. P. MORGAN CHASE BANK, | **********9280 | 05/02/2025 | 300.00 | USD |
| Saving Account | CITIBANK FEDERAL SAVINGS B | *****3099 | 05/02/2025 | 200.00 | USD |
| Checking Account | EMPIRE NATIONAL BANK | ************7563 | 05/02/2025 | 38.09 | USD |
| Checking Account | NAVY FEDERAL CREDIT UNION | ******0343 | 05/02/2025 | 100.00 | USD |
| Checking Account | TRUMARK FINANCIAL CU | *********8105 | 05/02/2025 | 300.00 | USD |
| Checking Account | CAPITAL ONE N.A. | *******7147 | 05/02/2025 | 546.28 | USD |