**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Hindsalee Burrell,<br>　　　　　Debtor<br><br>FIFTH THIRD BANK, NATIONAL ASSOCIATION<br>　　　　　Movant<br>　v.<br>Hindsalee Burrell,<br>　　　　　Debtor/Respondent<br><br>KENNETH E. WEST, Esquire<br>　　　　　Trustee/Respondent | Bankruptcy No. 25-12800-djb<br><br>Chapter 13<br><br>Related to Doc. No. 3 |

**FIFTH THIRD BANK, NATIONAL ASSOCIATION'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Secured creditor, Fifth Third Bank, National Association ("Fifth Third Bank") by and through its undersigned counsel, hereby objects to the proposed Chapter 13 Plan of Debtor, Hindsalee Burrell, and in support thereof alleges as follows:

1. Debtor, Hindsalee Burrell ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on July 14, 2025.

2. Fifth Third Bank holds a security interest in the Debtor's real property located at 5629 Malcolm St, Philadelphia, PA 19143 (the "Property"), by virtue of a Mortgage Recorded with the Public Records of Philadelphia County, PA on April 23, 2022.

3. Said Mortgage secures a Note in the amount of $112,000.00.

4. Upon review of internal records, it is anticipated that Fifth Third Bank's Proof of Claim will include a pre-petition arrearage of $3,566.46. A true and correct copy of the pre-petition arrearage is attached hereto as Exhibit "A."

5. On July 14, 2025, Debtor filed a Chapter 13 Plan (the "Plan"). A true and correct copy of the Plan is attached hereto as Exhibit "B."

6. The Plan fails to account for the full pre-petition arrearage of $3,566.46, as it only provides a total of $2,932.71 that will be paid to Secured Creditor through the Plan. See Exhibit "B."

7. Thus, the Plan is understated as it does not accurately reflect the amount of the pre-petition arrearage which will be paid through the Chapter 13 Trustee's Office.

8. Accordingly, pursuant to 11 U.S.C.A. § 1325(a)(5) Fifth Third Bank hereby objects to Debtor's proposed Plan due to the fact that the value of the property to be distributed thereunder will be less than the allowed amount under the claim. See 11 U.S.C.A. § 1325(a)(5)(B)(ii).

WHEREFORE, Movant, Fifth Third Bank, National Association ("Fifth Third Bank"), respectfully requests that this Court not confirm the Chapter 13 Plan of Debtor, Hindsalee Burrell.

Date: August 12, 2025

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004

Phone: (470) 321-7112 x52102
Fax: (404) 393-1425
By: /s/Robert Shearer, Esq.
Robert Shearer, Esquire
Pennsylvania Bar Number 314532
Email: rshearer@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Hindsalee Burrell,<br>　　　　　　　Debtor<br><br>FIFTH THIRD BANK, NATIONAL ASSOCIATION<br>　　　　　　　Movant<br>　v.<br>Hindsalee Burrell,<br>　　　　　　　Debtor/Respondent<br><br>KENNETH E. WEST, Esquire<br>　　　　　　　Trustee/Respondent | Bankruptcy No. 25-12800-djb<br><br>Chapter 13<br><br>Related to Doc. No. 3 |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on  August 12, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street,
Suite 900
Philadelphia, PA 19102

Kenneth E. West
Office Of The Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
Office Of United States Trustee
Robert N.C. Nix Federal Building

900 Market Street
Suite 320
Philadelphia, PA 19107

Hindsalee Burrell
3031 Dowitcher PL
Philadelphia, PA 19142-3308

                           **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112 x52102
Fax: (404) 393-1425
By: /s/Robert Shearer, Esq.
Robert Shearer, Esquire
Pennsylvania Bar Number 314532
Email: rshearer@raslg.com

Date: August 12, 2025