

Robertson Anschutz Schneid Crane & Partn

# ATTORNEY PLAN REVIEW REFERRAL

**DEBTOR INFORMATION**

| | | | |
|---|---|---|---|
| Debtor Name: | Hindsalee Burrell | | |
| Co-Debtor Name: | | | |
| Property Address: | 3031 Dowitcher Pl | Mailing Address: | 5629 Malcolm St |
| City State Zip: | Philadelphia, PA 19142-3308 | (if different) | Philadelphia, PA 19143 |

**LOAN INFORMATION**

| | |
|---|---|
| Account Number: | ▇▇▇▇▇▇ |
| Investor: | FNMA |
| Investor Number: | ▇▇▇▇ |

**BANKRUPTCY INFORMATION**

| | |
|---|---|
| Case Number: | ▇▇▇▇▇ |
| Date Filed: | 7/14/2025 |
| Chapter: | 13 |
| District: | Eastern |
| Date of last payment | 5/12/2025 |

**MOVANT NAME (AITNO):** Fifth Third Bank, National Association

**BKR ANALYST:** Rico D. Elijah

**BKR POC ARREARAGE**  7/17/2025  10:20:45 AM ET

Account Number  State `PA`  District `EA`  Division `PHILADELP`  Case

**Arrearage Parameters**

| | | | |
|---|---|---|---|
| Payments From | 04/01/25 | Escrow Analysis | Yes |
| **Payments To** | 07/01/25 | Zero Escrow Analysis | No |

**Bankruptcy Information**

| | | | | | |
|---|---|---|---|---|---|
| Bankruptcy Chapter | 13 | Filed By | P | Filing Date | 07/14/25 | Conversion | 00/00/00 |
| POC Number | 01 | POC Type | I | POC Created | 07/16/25 | Teller | |
| Bankruptcy Status | ACTIVE | | | | |
| Proof of Claim Status | ACTIVE | | | Status Date | 07/16/25 |
| Plan Status | ACTIVE | | | Status Date | 07/16/25 |

**Multiple Loan Information**

POC Type  Select  POC Units  0  POC Loans  0

**Arrearage Calculation Summary**

| | Arrear Amount | Adjust Amount | Filed Amount |
|---|---|---|---|
| Payments Due | 2795.16 | 0.00 | 2795.16 |
| Escrow Shortage | 576.24 | 0.00 | 576.24 |
| Unapplied Funds | 0.00 | 0.00 | 0.00 |
| Expense Advances | 0.00 | 0.00 | 0.00 |
| Admin Fees | 195.06 | 0.00 | 195.06 |
| Total | 3566.46 | 0.00 | 3566.46 |

Override 0

Message:  OK  INQUIRY ONLY  BOTTOM