**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Hindsalee Burrell,<br><br>　　　　　　　　Debtor. | Case No. 25-12800-DJB<br>Chapter 13 |

**Certificate of Service**

  I, Michael A. Cibik, certify that on September 23, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

  I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: September 23, 2025

                 /s/ Michael A. Cibik
                 Michael A. Cibik (#23110)
                 Cibik Law, P.C.
                 1500 Walnut Street, Suite 900
                 Philadelphia, PA 19102
                 215-735-1060
                 mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Fifth Third Bank**
5001 Kingsley Drive 1MOBBW
Cincinnati, Ohio 45227
Method of Service: CM/ECF

**Wilmington Savings Fund Society**
c/o Rushmore Servicing
PO Box 619094
Dallas, TX 75261
Method of Service: CM/ECF

**TruMark Financial Credit Union**
c/o Corinne S. Brennan, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Method of Service: CM/ECF

**Santander Bank, N.A.**
P.O. Box 961245
Fort Worth, TX 76161-1245
Method of Service: First Class Mail

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346
Method of Service: First Class Mail