**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| In re: | Bankruptcy No. 25-12800-djb |
|---|---|
| Hindsalee Burrell, | Chapter 13 |
| Debtor. | |

**PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection of Fifth Third Bank, National Association [at Docket Entry No. 13] filed August 12, 2025.

> Robertson, Anschutz, Schneid, Crane
> & Partners, PLLC
> Attorneys for Secured Creditor
> 13010 Morris Rd., Suite 450
> Alpharetta, GA 30004
> Telephone: (470) 321-7112
> Facsimile: (561) 997-6909
>
> By: /s/Sherri R. Dicks
> Sherri R. Dicks, Esquire
> Pennsylvania Bar Number 90600
> Email: sdicks@raslg.com