**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Hindsalee Burrell, <br><br> Debtor. | Case No. 25-12800-DJB <br> Chapter 13 |

**Certificate of Service**

    I, Michael A. Cibik, certify that on October 23, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: October 23, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

Click n' Close
15301 Spectrum Drive #405
Addison, TX 75001

Lending Club
Attn: Bankruptcy
595 Market Street, Suite 200
San Francisco, CA 94105

Barclays Bank Delaware
Attn: Bankruptcy
125 S West St
Wilmington, DE 19801-5014

Comenity Bank/Victoria Secret
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Navy Federal Credit Union
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119

BMG Money
Attn: Bankruptcy
444 Brickell Avenue Suite 250
Miami, FL 33131

Community Loan Servicing, LLC
Attn: Bankruptcy Dept
4425 Ponce De Leon Blvd Fl 5
Coral Gables, FL 33146-1837

OnPath Federal CU
Attn: Bankruptcy Dept.
3076 Lancaster Drive NE
Salem, OR 97305

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0027

Fifth Third Bank
Attn: Bankruptcy
Maildrop RCS83E 1830 E Paris Ave SE
Grand Rapids, MI 49546

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
Saint Louis, MO 63179-0040

Fortiva
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348-5555

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

Fst Premier
3820 N Louise Avenue
Sioux Falls, SD 57107

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**Method of Service – First Class Mail (continued):**

Police & Fire FCU
901 Arch Street
Philadelphia, PA 19107

Utility Self-reported
Po Box 4500
Allen, TX 75013

Rushmore Loan Mgmt Srvc
Attn: Bankruptcy
P.O. Box 55004
Irvine, CA 92619

Santander Bank
PO Box 961245
Fort Worth, TX 76161

Sunrise Credit Services, Inc.
Attn: Bankruptcy 260 Airport Plaza
Farmingdale, NY 11735

Synchrony Bank/Lowes
Bankruptcy
PO Box 965060
Orlando, FL 32896

Trumark Financial Credit Union
Attn: Bankruptcy
335 Commerce Dr
Ft Washington, PA 19034-2701

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683