# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br><br> HINDSALEE BURRELL <br> xxx-xx-9508 <br><br> Debtor. | : CHAPTER 13 <br> : <br> : CASE NO. 25-12800-DJB <br> : |
| Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of NRPL Trust 2019-1 <br><br> Movant, <br> v. <br><br> HINDSALEE BURRELL <br><br> Debtor, <br> And <br><br> KENNETH E. WEST <br><br> Trustee, <br><br> Respondents. | : <br> : <br> : <br> : <br> : <br> : Hearing Date: December 18, 2025 at 11:00 a.m. <br> : |

## CERTIFICATION OF SERVICE

I hereby certify that service upon all interested parties, indicated below, was made by sending copies of the Motion for Relief from the Automatic Stay by Wilmington Saving Fund Society, FSB, not in its individual capacity, but solely as trustee of NRPL Trust 2019-1; Notice of Motion, Response Deadline and Hearing Date; and the proposed form of order as follows:

Date Served: November 19, 2025

**Persons served:**

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael A. Cibik<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | *Debtor's Attorney* | ☐ Hand-delivered<br>☐ Certified Mail/RR<br>☒ Regular Mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | *Chapter 13 Trustee* | ☐ Hand-delivered<br>☐ Certified Mail/RR<br>☐ E-mail<br>☒ Regular Mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Hindsalee Burrell<br>3031 Dowitcher Place<br>Philadelphia, PA 19142 | *Debtor* | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street-Suite 320<br>Philadelphia, PA 19107 | *US Trustee* | ☐ Hand-delivered<br>☐ Certified Mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

ROMANO GARUBO & ARGENTIERI
Attorneys for Movant

By: /s/ Emmanuel J. Argentieri
    Emmanuel J. Argentieri, Esquire
    PA Attorney ID No. 59264

Dated: November 19, 2025

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire/59264
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515
eargentieri@rgalegal.com