## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>HINDSALEE BURRELL<br>xxx-xx-9508<br><br>Debtor. | : CHAPTER 13<br>:<br>: CASE NO. 25-12800-DJB<br>: |
| Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of NRPL Trust 2019-1<br><br>Movant,<br>v.<br><br>HINDSALEE BURRELL<br><br>Debtor,<br>And<br><br>KENNETH E. WEST<br><br>Trustee,<br><br>Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>: Hearing Date: December 18, 2025 at 11:00 a.m.<br>:<br>:<br>:<br>: |

## ORDER MODIFYING §362 AUTOMATIC STAY

Upon the application of Emmanuel J. Argentieri of the law office of Romano Garubo & Argentieri, counsel for the secured creditor, Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of NRPL Trust 2019-1, ("Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown;

    1.    The automatic stay of Bankruptcy Code section 362(a) is modified to permit the Movant, its successors and/or assigns, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the

following property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

        3031 DOWITCHER PLACE, PHILADELPHIA, PA 19142

2.     Rule 4001(a)(4) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

3.     Movant, its successors and/or assigns, may pursue any and all loss mitigation options with respect to the Debtor or the real property described above including, but not limited to, repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

Date: _____

                                                   Honorable Derek J. Baker
                                                   United States Bankruptcy Judge
                                                   Eastern District of Pennsylvania