UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : CHAPTER 13 |
| HINDSALEE BURRELL<br>xxx-xx-9508 | : CASE NO. 25-12800-DJB |
| Debtor. | |
| Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of NRPL Trust 2019-1 | |
| Movant, | |
| v. | |
| HINDSALEE BURRELL | : Hearing Date: December 18, 2025 at 11:00 a.m. |
| Debtor, | |
| And | |
| KENNETH E. WEST | |
| Trustee, | |
| Respondents. | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of NRPL Trust 2019-1, has filed a motion for relief from automatic stay under 11 U.S.C. § 362(d) with the court to permit Movant to pursue its rights in the property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

3031 DOWITCHER PLACE, PHILADELPHIA, PA 19142

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

1) If you do not want the Court to grant Movant relief from the automatic stay regarding the above property, or if you want the court to consider your views on the motion, then on or before December 13, 2025, (5 days prior to the hearing); you or your attorney must do all of the following:

a) File with the Court a written response to Movant's motion explaining your position. Your response must be filed with the Bankruptcy Clerk, at the Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 201, Philadelphia, PA 19107. If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above:

b) You must also mail a copy to:

| | |
|---|---|
| Emmanuel J. Argentieri, Esquire<br>ROMANO GARUBO & ARGENTIERI<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>**Attorney for Movant** | Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106<br>**Chapter 13 Trustee** |

2) If you or your attorney do not take the steps described in Paragraph 1(a) and Paragraph 1(b) and attend the hearing, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief requested in the motion.

3) A hearing on the motion is scheduled to be held before the Honorable Derek J. Baker on December 18, 2025 at 11:00 a.m., Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 201, 2nd Floor, Courtroom #2, Philadelphia, PA 19107.

4) If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in ¶1(b).

5) You may contact the Judge's Courtroom Deputy at (215) 408-2839 to find out whether the hearing has been canceled because no one filed an answer.

                    ROMANO GARUBO & ARGENTIERI
                    Attorneys for Movant

                    By: /s/ Emmanuel J. Argentieri
                        Emmanuel J. Argentieri, Esquire
                        PA Attorney ID No. 59264

Dated: November 19, 2025