## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Hindsalee Burrell,<br>    Debtor .<br>Fifth Third Bank, National Association<br><br>    Movant,<br>       v.<br>Hindsalee Burrell,<br>    Debtor/Respondet,<br>KENNETH E. WEST,<br>    Trustee/Respondent. | Bankruptcy No. 25-12800-djb<br><br>Chapter 13<br><br>Hearing Date: January 8, 2026<br>Hearing Time: 11:00 A.M.<br>Location: 900 Market Street, Suite 201, Philadelphia, PA 19107<br>Courtroom Number #2 |

**MOTION OF FIFTH THIRD BANK NATIONAL ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT FIFTH THIRD BANK NATIONAL ASSOCIATION FORECLOSURE OF 5629 MALCOLM ST PHILADELPHIA  PA 19143**

Fifth Third Bank, National Association ("Movant"), by and through the undersigned counsel, hereby moves this Court, pursuant to 11 U.S.C. § 362(d) of the United States Bankruptcy Code ("Code") for a modification of the automatic stay provisions of the Code for cause, and, in support thereof, states the following:

1. Hindsalee Burrell ("Debtor"), filed a Voluntary Petition pursuant to Chapter 13 of the United States Bankruptcy Code ("Code") on July 14, 2025

2. Jurisdiction of this cause is granted to the United States Bankruptcy Court ("Court") pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362(d), Fed. R. Bankr. P. 4001(a), and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.

3. On April 22, 2022, Hindsalee Burrell executed and delivered a Promissory Note ("Note")

and Mortgage ("Mortgage") securing payment of the Note in the amount of $112,000.00 in favor of Success Mortgage Partners, Inc. A true and correct copy of the Note is attached hereto as Exhibit "A".

4. The Mortgage was recorded April 23, 2022 at Instrument number 54029170 of the Public Records of Philadelphia County, PA. A true and correct copy of the Mortgage is attached hereto as Exhibit "B".

5. The Mortgage was secured as a lien against the real property located at 5629 Malcolm Street, Philadelphia, PA 19143 (the "Property").

6. The loan was last assigned to Fifth Third Bank, National Association and same recorded with the Philadelphia County Recorder of Deeds on September 25, 2023, at Instrument Number 54226616. A true and correct copy of the Assignment of Mortgage is attached hereto as Exhibit "C".

7. Based upon the Debtor(s)' Chapter 13 Second Amended Plan ("Plan") (at Docket No.18), the Debtor intends to cure pre-petition payment arrears due Movant through the Chapter 13 Plan and remains responsible for remitting all post-petition payments directly to Movant. A true and correct copy of the Chapter 13 Second Amended Plan is attached hereto as Exhibit "D".

8. Debtor failed to make monthly payments of principal, interest, and escrow in the amount of $696.04, which came due on August 1, 2025 through November 1, 2025, respectively, less suspense balance of $695.62.

9. Thus, Debtor(s)' post-petition arrears total $2,088.54 through November 30, 2025. By the time of hearing on this motion, Debtor will also be obligated to make additional monthly payments that become due beyond the period alleged above.

10. As of November 6, 2025, the unpaid principal balance due under the loan documents is $117,219.25. Movant's total claim amount, itemized below, is $123,339.96. *see* Exhibit "E".

| | |
|---|---|
| Principal | $117,219.25 |
| Interest | $3,788.19 |
| Escrow/Impound Required | $295.72 |
| Late Charges Due | $137.55 |
| Fees Required with Payoff Funds | $224.75 |
| Fees Currently Assessed | $1,674.50 |
| Total Payoff | $123,339.96 |

11. Debtor(s)' docketed schedules list the value of the Property as $117,044.00. A true and accurate copy of Debtor(s) Schedule A/B is attached hereto as Exhibit "F".

12. Under Section 362(d)(1) of the Code, the Court shall grant relief from the automatic stay for "cause", which includes a lack of adequate protection of an interest in property. Sufficient "cause" for relief from the automatic stay under Section 362(d)(1) is established where a debtor failed to make installment payments or payments due under a court-approved plan on a secured debt or where Debtor(s) have no assets or equity in the mortgaged property.

13. As set forth herein, Debtor defaulted on the instant secured obligation by failing to tender monthly post-petition installment payments when they became due.

14. Secured Creditor further provides that its acceptance of partial payments in the instant matter shall not constitute waiver of Secured Creditor's rights to pursue any present or future default in the event the partial payments are not enough to cure the entire default.

15. As a result, cause exists pursuant to 11 U.S.C. § 362(d) of the Code for this Honorable Court to grant relief from the automatic stay to allow Movant, its successors and/or assigns to pursue its state court remedies, including the filing of an action in Mortgage Foreclosure,

or if foreclosure is completed, immediately scheduling the Property for Sheriff Sale.

16. Further, once the automatic stay is terminated, Debtor(s) will have minimal motivation to insure, preserve, or protect the collateral Property; therefore, Movant requests that the Court waive the 14-day stay period imposed by Fed.R.Bankr.P. 4001(a)(4).

**WHEREFORE**, Movant prays this Honorable Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) to permit Fifth Third Bank, National Association to take any and all steps necessary to exercise any and all rights it may have in the collateral property described herein, gain possession of said collateral property, seek recovery of reasonable attorney fees and costs incurred in this proceeding, waive the 14-day stay imposed under Fed.R.Bankr.P. 4001(a)(4), and for any such further relief as this Honorable Court deems just and appropriate.

Date: 11/25/2025

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorneys for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Michelle L. McGowan
Email: mimcgowan@raslg.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br>Hindsalee Burrell, | CHAPTER:   13 |
| Debtor(s) | CASE NO.   25-12800-djb |

### VERIFICATION

Property Address:
5629 Malcolm Street, Philadelphia, PA 19143

Mortgage Servicer:
Fifth Third Bank

Post-petition mailing address for Debtor(s) to send payment:
Fifth Third Bank
PO Box 630412
Cincinnati, OH 45263-0412

Mortgagor(s)/Debtor(s):
Hindsalee Burrell

Payments are contractually due:

☒ Monthly  ☐ Semi-monthly  ☐ Bi-weekly  ☐ Other

Each Monthly Payment is comprised of:
Principal and Interest.....  $550.28
R.E. Taxes......................  $0.00
Insurance.......................  $0.00
Late Charge...................  $0.00
Other.............................  $145.76   (Specify: Escrow)
**TOTAL**......................  $696.04

**POST-PETITION PAYMENTS** (Petition was filed on July 14, 2025)

| Date Received | Amount Received | Payment Amount Due | Payment Date Applied to | Amount to/from Suspense | Check Number |
|---|---|---|---|---|---|
| 09/25/2025 | $695.62 | | | $695.62 | N/A |
| DUE | | $696.04 | 08/01/2025 | $695.62 | N/A |
| DUE | | $696.04 | 09/01/2025 | $695.62 | N/A |
| DUE | | $696.04 | 10/01/2025 | $695.62 | N/A |
| DUE | | $696.04 | 11/01/2025 | $695.62 | N/A |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 4 as of November 6, 2025.
TOTAL AMOUNT OF POST-PETITION ARREARS: $2,088.54 as of November 6, 2025.

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746 that the statements in the foregoing Pleading are true and correct to the best of my information, knowledge and belief.

Dated: November 19, 2025

Fifth Third Bank, National Association
Mortgage Company

Dawna West, Officer
(Print Name and Title)

Cincinnati, Ohio
Location                    Signature