## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>**Hindsalee Burrell,**<br><br>        Debtor.<br><br>**Fifth Third Bank, National Association**<br><br>        **Movant,**<br><br>            v.<br><br>**Hindsalee Burrell,**<br><br>        **Debtor/Respondet,**<br><br>**KENNETH E. WEST,**<br><br>        **Trustee/Respondent.** | **Bankruptcy No. 25-12800-djb**<br><br>**Chapter 13** |

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, this        day of        , 2025, upon consideration of Fifth Third Bank, National Association's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and this Court's finding that the collateral property is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the United States Bankruptcy Code are hereby unconditionally terminated with respect to Fifth Third Bank, National Association; and it is further

ORDERED, that Fifth Third Bank, National Association, its successors and/or assigns are permitted to proceed with appropriate state court remedies against the real property located at 5629 Malcolm Street, Philadelphia, PA 19143, including without limitation, Sheriff Sale of the real property, and it is further

ORDERED that Fifth Third Bank, National Association's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(4) is GRANTED.

BY THE COURT:

_____

Hon. Derek J Baker
U.S. Bankruptcy Judge