# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:** <br><br> **Hindsalee Burrell,** <br>    Debtor . <br> **Fifth Third Bank, National Association** <br><br>    Movant, <br><br>        v. <br> **Hindsalee Burrell,** <br>    Debtor/Respondet, <br> **KENNETH E. WEST,** <br>    Trustee/Respondent. | Bankruptcy No. 25-12800-djb <br><br> Chapter 13 <br><br> Hearing Date: January 8, 2026 <br> Hearing Time: 11:00 A.M. <br> Location: 900 Market Street, Suite 201, Philadelphia, PA 19107 <br> Courtroom Number #2 |

## CERTIFICATE OF SERVICE OF MOTION OF FIFTH THIRD BANK NATIONAL ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF MOTION

      I, Michelle L. McGowan, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on November 25, 2025, I caused to be served copies of the Motion for Relief from the Automatic Stay and Notice of Motion upon the parties on the below Service List via First Class Mail, postage prepaid, and/or electronic mail, as indicated.

**Service List:**

Hindsalee Burrell
3031 Dowitcher Pl
Philadelphia, PA 19142-3308

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Date: 11/25/2025

                            **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                            Attorneys for Movant
                            13010 Morris Road, Suite 450
                            Alpharetta, GA  30004
                            Telephone: 470-321-7112
                            By: /s/ Michelle L. McGowan
                            Michelle L. McGowan
                            Email: mimcgowan@raslg.com