# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : CHAPTER 13 |
| HINDSALEE BURRELL | : |
| xxx-xx-9508 | : CASE NO. 25-12800-DJB |
| | : |
| Debtor. | : |
| | : |
| Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of NRPL Trust 2019-1 | : |
| | : |
| Movant, | : |
| v. | : |
| HINDSALEE BURRELL | : Hearing Date: December 18, 2025 at 11:00 a.m. |
| Debtor, | : |
| And | : |
| KENNETH E. WEST | : |
| Trustee, | : |
| Respondents. | : |

## ORDER OF COURT

IT IS HEREBY ORDERED that the STIPULATION between Movant, Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of NRPL Trust 2019-1 and DEBTOR regarding the resolution of relief motion, Document Number 24, regarding post-petition mortgage arrearages as to Real Property, known as 3031 Dowitcher Place, Philadelphia, PA 19142 filed on January 12, 2026 in the above matter is APPROVED.

Date:_____

_____
Honorable Derek J. Baker
United States Bankruptcy Judge
Eastern District of Pennsylvania