United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-12800-djb |
| Hindsalee Burrell | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 14, 2026 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Hindsalee Burrell, 3031 Dowitcher Pl, Philadelphia, PA 19142-3308 |
| cr | + | TruMark Financial Credit Union, Klehr Harrison Harvey Branzburg, LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 15 2026 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 15 2026 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 15 2026 00:34:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| cr | | Email/Text: mtgbk@shellpointmtg.com | Jan 15 2026 00:34:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jan 16, 2026 | Signature: | /s/Gustava Winters |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 14, 2026 | Form ID: pdf900 | Total Noticed: 6

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CORINNE SAMLER BRENNAN | on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com scmcginly@klehr.com;nyackle@klehr.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as trustee of NRPL Trust 2019-1 bk@rgalegal.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Hindsalee Burrell help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Fifth Third Bank National Association mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Fifth Third Bank National Association rshearer@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com |
| SHERRI DICKS | on behalf of Creditor Fifth Third Bank National Association sdicks@raslg.com, shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : |
| | : CHAPTER 13 |
| HINDSALEE BURRELL | : |
| xxx-xx-9508 | : CASE NO. 25-12800-DJB |
| | : |
| Debtor. | : |
| _____ | : |
| | : |
| Wilmington Savings Fund Society, FSB, not | : |
| in its individual capacity, but solely as | : |
| trustee of NRPL Trust 2019-1 | : |
| | : |
| Movant, | : |
| v. | : |
| | : |
| HINDSALEE BURRELL | : |
| | : |
| Debtor, | : |
| And | : |
| | : |
| KENNETH E. WEST | : |
| | : |
| Trustee, | : |
| | : |
| Respondents. | : |
| | : |
| _____ | : |

**ORDER OF COURT**

IT IS HEREBY ORDERED that the STIPULATION between Movant, Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of NRPL Trust 2019-1 and DEBTOR regarding the resolution of relief motion, Document Number 24, regarding post-petition mortgage arrearages as to Real Property, known as 3031 Dowitcher Place, Philadelphia, PA 19142 filed on January 12, 2026 in the above matter is APPROVED.

_____
Honorable Derek J. Baker
United States Bankruptcy Judge
Eastern District of Pennsylvania

Date:_____  **January 14, 2026**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : |
| | : CHAPTER 13 |
| HINDSALEE BURRELL | : |
| xxx-xx-9508 | : CASE NO. 25-12800-DJB |
| | : |
| Debtor. | : |
| _____ | : |
| | : |
| Wilmington Savings Fund Society, FSB, not | : |
| in its individual capacity, but solely as | : |
| trustee of NRPL Trust 2019-1 | : |
| | : |
| Movant, | : |
| v. | : |
| | : |
| HINDSALEE BURRELL | : Hearing Date: December 18, 2025 at 11:00 a.m. |
| | : |
| Debtor, | : |
| And | : |
| | : |
| KENNETH E. WEST | : |
| | : |
| Trustee, | : |
| | : |
| Respondents. | : |
| | : |
| _____ | : |

**STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT MOVANT TO EXERCISE ITS RIGHTS UNDER STATE LAW AGAINST CERTAIN REALTY KNOWN AS 3031 DOWITCHER PLACE, PHILADELPHIA, PA 19142**

THIS matter being opened to the Court by secured creditor, Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of NRPL Trust 2019-1, (hereinafter "Movant"), by and through its counsel Emmanuel J. Argentieri of the law office of Romano Garubo & Argentieri, upon the filing of a motion requesting relief from stay as to real property, more commonly known as 3031 Dowitcher Place, Philadelphia, PA 19142; and E.J. Gruber's law office, Cibik Law, P.C. having filed an answer thereto on behalf of Debtor; and it

appearing that the parties have amicably resolved their differences and for good cause shown; it is hereby stipulated:

1. If any valid proofs of payment are produced by the Debtor, his post-petition mortgage account shall be adjusted accordingly.

2. The Debtor is currently due $3,684.25 outside the plan. The amount is computed in the following manner:

> 4 times payment of $586.85 (09/01/2025 – 12/01/2025),
> Less, suspense balance of $13.15,
> Plus, attorney fee reimbursement $1,350.00.

3. The aforesaid arrears ($3,684.25) shall be rolled into Debtor's Chapter 13 plan as a secured claim and shall be paid to Movant over the remaining term of Debtor's plan.

4. The Trustee shall adjust his records to reflect the increased amount due to Movant pursuant to this order and pay said increased claim to Movant in normal course.

5. Debtor shall file an amended plan to incorporate the above arrearages within (21) days from the entry of this Order.

6. Commencing with the January 1, 2026 post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

7. The provisions of this stipulation do not constitute a waiver by the Moving Party of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

8. If any of the regular monthly mortgage payments commencing after the cure of the post-petition delinquency are more than thirty (30) days late or any payment required herein, Movant may send Debtor a written notice of default of this Stipulation. If the default is not

cured within fifteen (15) days of the date of the notice, counsel for Movant may file a

Certification of Default with the Court and the Court shall enter an Order granting it relief from

the automatic stay as to the mortgaged property herein.

*The undersigned hereby consent to the form and entry of the within Stipulation.*

/S/EMMANUEL J. ARGENTIERI
Emmanuel J. Argentieri, Esquire
Attorney for Secured Creditor          Date: January 7, 2026

/S/E.J. GRUBER
E.J. Gruber, Esquire
Attorney for Debtor                    Date: January 12, 2026

No Objection – Without Prejudice to Any
Trustee Rights or Remedies

/S/LEEANE O. HUGGINS
LeeAnn O. Huggins. Esquire
On behalf of Kenneth E. West
Chapter 13 Trustee                     Date: January 7, 2026

*(Page 3 of 3)*