UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re:                                                                                   CASE NO.: 25-12800-djb
                                                                                              **CHAPTER 13**

**Hindsalee Burrell,**
   Debtor.

_____/

**REQUEST FOR SERVICE**

     **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

                                Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                Attorneys for Secured Creditor
                                13010 Morris Rd., Suite 450\
                                Alpharetta, GA 30004
                                Telephone: 470-321-7112
                                Facsimile: 404-393-1425

                                By: /s/Sherri Dicks
                                    Sherri Dicks
                                    Email: sdicks@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 22, 2026, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

HINDSALEE BURRELL
3031 DOWITCHER PL
PHILADELPHIA, PA 19142

And via electronic mail to:

MICHAEL CIBIK, ESQ.
CIBIK LAW, P.C.
1500 WALNUT STREET, SUITE 900
PHILADELPHIA, PA 19102

KENNETH E. WEST
CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST, SUITE 701
PHILADELPHIA, PA 19106

FREDERIC J. BAKER
ASSISTANT UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Angela Zuelke