**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Hindsalee Burrell,**<br>**Debtor .**<br>**NewRez LLC d/b/a Shellpoint Mortgage Servicing,**<br><br>**Movant,**<br>**v.**<br>**Hindsalee Burrell,**<br>**Debtor/Respondent,**<br>**KENNETH E. WEST,**<br>**Trustee/Additional Respondent.** | **Bankruptcy No. 25-12800-djb**<br><br>**Chapter 13**<br><br>**Hearing Date: October 15, 2026**<br>**Hearing Time: 11:00 A.M.**<br>**Hearing Location: 900 Market Street, Suite 201 Philadelphia, PA 19107**<br>**Courtroom Number #2** |

**MOTION OF FOR RELIEF FROM THE AUTOMATIC STAY OF NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING TO PERMIT FORECLOSURE OF 5629 MALCOLM STREET, PHILADELPHIA, PENNSYLVANIA 19143-4605**

NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Movant" or "Secured Creditor"), by and through the undersigned counsel, hereby moves this Court, pursuant to 11 U.S.C. § 362(d) of the United States Bankruptcy Code ("Code") for a modification of the automatic stay provisions of the Code for cause, and, in support thereof, states the following:

1. Hindsalee Burrell ("Debtor"), filed a Voluntary Petition pursuant to Chapter 13 of the United States Bankruptcy Code ("Code") on July 14, 2025.
2. Jurisdiction of this cause is granted to the United States Bankruptcy Court ("Court") pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362(d), Fed. R. Bankr. P. 4001(a), and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.
3. On April 22, 2022, Hindsalee Burrell executed and delivered a Promissory Note ("Note")

and Mortgage (“Mortgage”) securing payment of the Note in the amount of $112,000.00 in favor of Success Mortgage Partners, Inc. A true and correct copy of the Note is attached hereto as Exhibit “A”.

4. The Mortgage was recorded April 23, 2022 in Document ID 54029170 of the Public Records of Philadelphia County, PA. A true and correct copy of the Mortgage is attached hereto as Exhibit “B”.
5. The Mortgage was secured as a lien against the real property located at 5629 Malcolm Street, Philadelphia, Pennsylvania 19143-4605. (The “Property”).
6. The parties entered into a Loan Modification (“Agreement”) on July 11, 2024, creating a new principal balance of $118,146.72. A true and correct copy of the Agreement is attached hereto as Exhibit “C”.
7. The loan was last assigned to NewRez LLC d/b/a Shellpoint Mortgage Servicing and same recorded with the Philadelphia County Recorder of Deeds on January 28, 2026, as Document ID 54514088. A true and correct copy of the Assignment of Mortgage is attached hereto as Exhibit “D”.
8. NewRez LLC d/b/a Shellpoint Mortgage Servicing services the underlying mortgage loan and note for the property referenced in this motion for Movant. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the Note. The Note is endorsed in blank. Movant is the beneficiary or the assignee of the Deed of Trust.

9. Based upon the Debtor(s)' Third Amended Chapter 13 Plan (Docket No.56), the Debtor intends to cure Movant's pre-petition arrearages and some post-petition arrearages within the Chapter 13 Plan and is responsible for maintaining the remaining post-petition payments directly to Movant. A true and correct copy of the Third Amended Chapter 13 Plan is attached hereto as Exhibit "E."

10. Debtor failed to make monthly payments of principal, interest, and escrow in the amount of $696.04 which came due on March 1, 2026 through June 1, 2026 and $732.57 which came due on July 1, 2026 through August 1, 2026. *See* Exhibit "F".

11. Thus, Debtor(s)' post-petition arrears total $4,021.88 after application of suspense balance of $227.42 through August 2026. By the time of hearing on this motion, Debtor will also be obligated to make additional monthly payments that become due beyond the period alleged above.

12. As of August 17, 2026, the unpaid principal balance due under the loan documents is $116,430.24. Movant's total claim amount, itemized below, is $122,448.84. *See* Exhibit "F".

| | |
|---|---|
| Principal Balance | $116,430.24 |
| Interest To 8/17/2026 | $3,929.39 |
| Fees | $167.55 |
| Funds owed by borrower | $2,068.84 |
| Funds owed to borrower | ($147.18) |
| Total Payoff | $122,448.84 |

13. Debtor(s)' docketed schedules list the value of the Property as $117,044.00. A true and accurate copy of Debtor(s) Schedule A/B is attached hereto as Exhibit "G".

14. Under Section 362(d)(1) of the Code, the Court shall grant relief from the automatic stay for "cause", which includes a lack of adequate protection of an interest in property.

Sufficient “cause” for relief from the automatic stay under Section 362(d)(1) is established where a debtor failed to make installment payments or payments due under a court-approved plan on a secured debt or where Debtor(s) have no assets or equity in the mortgaged property.

15. As set forth herein, Debtor defaulted on the instant secured obligation by failing to tender monthly post-petition installment payments when they became due.
16. Secured Creditor further provides that its acceptance of partial payments in the instant matter shall not constitute waiver of Secured Creditor’s rights to pursue any present or future default in the event the partial payments are not enough to cure the entire default.
17. As a result, cause exists pursuant to 11 U.S.C. § 362(d) of the Code for this Honorable Court to grant relief from the automatic stay to allow Movant, its successors and/or assigns to pursue its state court remedies, including the filing of an action in Mortgage Foreclosure, or if foreclosure is completed, immediately scheduling the Property for Sheriff Sale.
18. Further, once the automatic stay is terminated, Debtor(s) will have minimal motivation to insure, preserve, or protect the collateral Property; therefore, Movant requests that the Court waive the 14-day stay period imposed by Fed.R.Bankr.P. 4001(a)(4).

**WHEREFORE**, Movant prays this Honorable Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) to permit NewRez LLC d/b/a Shellpoint Mortgage Servicing to take any and all steps necessary to exercise any and all rights it may have in the collateral property described herein, gain possession of said collateral property, seek recovery of reasonable attorney fees and costs incurred in this proceeding, waive the 14-day stay imposed under Fed.R.Bankr.P. 4001(a)(4), and for any such further relief as this Honorable Court deems

just and appropriate.

Date: 9/16/2026

**Robertson, Anschutz, Schneid, Crane**
**& Partners, PLLC**
Attorneys for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Michelle L. McGowan
Michelle L. McGowan
Email: mimcgowan@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br>**Hindsalee Burrell,** | **CHAPTER: 13** |
| **Debtor(s)** | **CASE NO. 25-12800-djb** |

**DECLARATION OF INDEBTEDNESS**

Property Address:
5629 Malcolm Street, Philadelphia, Pennsylvania 19143-4605

Mortgage Servicer:
NEWREZ LLC D/B/A Shellpoint Mortgage Servicing

Post-petition mailing address for Debtor(s) to send payment:
Shellpoint Mortgage Servicing
P.O. Box 650840
Dallas, TX 75265-0840

Mortgagor(s)/Debtor(s):
Hindsalee Burrell (Debtor)

Payments are contractually due:

☒ Monthly ☐ Semi-monthly ☐ Bi-weekly ☐ Other

Each Monthly Payment is comprised of:

| | |
|---|---|
| Principal and Interest..... | $550.28 |
| R.E. Taxes...................... | $182.29 |
| Insurance........................ | Included in R.E. Taxes |
| Late Charge.................... | $0.00 |
| Other.............................. | $0.00 (Specify: N/A) |
| **TOTAL**......................... | $732.57 |

**POST-PETITION PAYMENTS** (Petition was filed on July 14, 2025)

| Date Received | Amount Received | Payment Amount Due | Payment Date Applied to | Amount to/from Suspense | Check Number |
|---|---|---|---|---|---|
| 03/01/2026 DUE | $0.00 | $696.04 | - | - | N/A |
| 04/01/2026 DUE | $0.00 | $696.04 | - | - | N/A |
| 05/01/2026 DUE | $0.00 | $696.04 | - | - | N/A |
| 06/01/2026 DUE | $0.00 | $696.04 | - | - | N/A |
| 07/01/2026 DUE | $0.00 | $732.57 | - | - | N/A |
| 08/01/2026 DUE | $0.00 | $732.57 | - | ($227.42) | N/A |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: (6) as of August 17, 2026.
TOTAL AMOUNT OF POST-PETITION ARREARS: $4,021.88 after application of suspense balance of $227.42 as of August 17, 2026.

I hereby certify, pursuant to 28 U.S.C. § 1746, and under penalty of perjury, that I have examined the information in the foregoing, and have a reasonable belief that the information contained herein is true and correct.

Dated: September 15, 2026

NewRez LLC, d/b/a Shellpoint Mortgage Servicing
Mortgage Company

Shirl Begay - Bankruptcy Case Manager II
(Print Name and Title)

Tempe, Arizona
Location

Signature

25-12800-djb
RAS#25-380742
MFR