**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Hindsalee Burrell,**<br>**Debtor.**<br>**NewRez LLC d/b/a Shellpoint Mortgage Servicing,**<br><br>**Movant,**<br>**v.**<br>**Hindsalee Burrell,**<br>**Debtor/Respondent,**<br>**KENNETH E. WEST,**<br>**Trustee/Additional Respondent.** | **Bankruptcy No. 25-12800-djb**<br><br>**Chapter 13**<br><br>**Hearing Date:**<br>**Hearing Time:**<br>**Hearing Location: 900 Market Street, Suite 204 Philadelphia, PA 19107** |

**STIPULATION RESOLVING MOTION FOR RELIEF FROM STAY**

NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor" or "Movant"), and Hindsalee Burrell ("Debtor"), by and through the undersigned attorneys, hereby stipulate as follows:

**I. BACKGROUND:**

1. On April 22, 2022, Hindsalee Burrell, executed and delivered a Promissory Note ("Note") and Mortgage ("Mortgage") securing payment of the Note in the amount of $112,000.00.
2. The Mortgage was recorded on April 23, 2022, with the Philadelphia County Recorder of Deeds.
3. The Mortgage was secured as a lien against the real property located in Philadelphia County commonly known as 5629 Malcolm Street, Philadelphia, Pennsylvania 19143-4605 (the "Property").
4. The Note and Mortgage were last assigned to NewRez LLC d/b/a Shellpoint Mortgage Servicing.
5. Debtor defaulted under the terms of the Note and Mortgage by failing to make monthly post-petition

payments of principal, interest and escrow when they became due. As of August 20, 2026, the post-petition arrears owed Movant is $4,754.45 and consists of four (4) monthly mortgage payments of $696.04 each, from March 1, 2026, through June 1, 2026, and three (3) additional monthly mortgage payment of $732.57, from July 1, 2026, through September 1, 2026, less a suspense balance of $227.42.

6. Thus, Debtor's post-petition arrears currently total $4,754.45
7. Debtor further acknowledges that additional payments of principal, interest and escrow currently in the amount of $732.57 per month shall become due under the Note and Mortgage on the 1st of each successive month, beginning October 1, 2026, until the Note is paid in full. Debtor acknowledges that the monthly payment is subject to change and remains responsible for same.
8. NewRez LLC d/b/a Shellpoint Mortgage Servicing, and Debtor desire to resolve Debtor's post-petition arrears in accordance with the terms set forth below:

## II. <u>STIPULATION FOR RELIEF FROM STAY</u>

9. Debtor confirms and acknowledges his financial obligations to NewRez LLC d/b/a Shellpoint Mortgage Servicing under the Note and Mortgage.
10. Debtor further confirms and acknowledges his failure to make post-petition payments of principal, interest and escrow in the amount of post-petition arrearage as set forth in Paragraphs 5 and 6 above.
11. Debtor further confirms and acknowledges his obligation and agrees to make regular post-petition payments of principal, interest and escrow going forward from October 1, 2026, as set forth in Paragraph 7 above.
12. Debtor further agrees to file an Amended Plan within 30 days of the entry of an Order Approving this Stipulation that will include treatment of the post-petitions arrears owed to NewRez LLC

d/b/a Shellpoint Mortgage Servicing. The Plan shall include language that the post-petition arrears through September 1, 2026 shall be paid over the remaining life of the plan in payments by the Chapter 13 Trustee. If required, NewRez LLC d/b/a Shellpoint Mortgage Servicing shall file a supplemental claim or amended proof of claim reflecting the post-petition arrears through September 1, 2026

Payments should be remitted to:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
PO Box 650840,
Dallas, TX 75265-0840

13. In the event that Debtor converts to a Chapter 7 bankruptcy during the pendency of this bankruptcy case, the Debtor(s) shall cure the pre-petition and post-petition arrears within ten (10) days from date of conversion. Should the Debtor fail to cure the arrears, NewRez LLC d/b/a Shellpoint Mortgage Servicing, will issue and serve upon Debtor's attorney written notification of default ("Notice") of this Stipulation. If the default is not cured within fifteen (15) days of the Notice, NewRez LLC d/b/a Shellpoint Mortgage Servicing, may file a Certification of Default with the Bankruptcy Court ("Court") and the Court shall enter an Order granting relief from the Automatic Stay.

14. In the event the Debtor defaults on his obligations under this Stipulation by failing to comply with the provisions as set forth above in Paragraph 11 and/or tender in full any of the payments described in Paragraph 12, on or before the dates upon which they are due, then NewRez LLC d/b/a Shellpoint Mortgage Servicing, its successors and/or assigns shall serve attorney for the Debtor via facsimile, electronic mail, and/or First Class Mail, postage prepaid, with written notification of the default. In the event that Debtor fails to cure the default within fifteen (15) days of the date of the Notice, then, NewRez LLC d/b/a Shellpoint Mortgage Servicing may file a

Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, where upon NewRez LLC d/b/a Shellpoint Mortgage Servicing, or its successors and/or assigns may exercise its rights against the mortgaged property under the terms of this Stipulation without further notice to Debtor or the Order of this Court. If Movant is required to issue a Notice of Default, the Debtor shall pay $125.00 per notice, as attorney fees, in addition to all funds required to fully cure the default prior to the expiration of the allowed cure period.

15. In addition, Debtor agrees that he is not permitted more than two (2) defaults from the date of this Stipulation. Debtor agrees that if he defaults under the terms of this Stipulation more than two (2) times, then, without further notice, NewRez LLC d/b/a Shellpoint Mortgage Servicing, its successors and/or assigns may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, where upon NewRez LLC d/b/a Shellpoint Mortgage Servicing, its successors and/or assigns may exercise its rights against the mortgaged property under the terms of this Stipulation.

16. Neither NewRez LLC d/b/a Shellpoint Mortgage Servicing's consent to this Stipulation nor NewRez LLC d/b/a Shellpoint Mortgage Servicing's acceptance of any payments tendered by or on behalf of Debtor shall be construed as a waiver of NewRez LLC d/b/a Shellpoint Mortgage Servicing's right to proceed with or commence a foreclosure other legal action against Debtor under this Stipulation. However, NewRez LLC d/b/a Shellpoint Mortgage Servicing, agrees to credit the mortgage account of Debtor for all payments made in accordance with this Stipulation, the Note and/or Mortgage.

17. This Stipulation may only be modified by a revised Stipulation filed on the docket in the U.S. Bankruptcy Court ("Court"). No oral modifications are permitted and any allegation that the Stipulation was modified orally will be disregarded as evidence. No written modifications are

permitted, except for a revised Stipulation as filed on the docket in the Bankruptcy.

18. Debtor hereby certifies and confirms that he has reviewed the terms of the Stipulation with his attorney, understands and is in agreement with the terms of this Stipulation, and authorizes his attorney to execute this Stipulation on his behalf.

IT IS HEREBY STIPULATED:

By: /s/ Jordan Katz Date: 10/12/2026
**Jordan Katz, Esquire**
Robertson, Anschutz, Schneid, Crane
& Partners, PLLC
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
Jordan Katz, Esquire
Email: jkatz@raslg.com
Attorneys for Movant

/s/ Michael A. Cibik *with express permission* Date: 9/30/2026
**MICHAEL A. CIBIK**
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
215-735-1060
Email: help@cibiklaw.com

NO OPPOSITION: Without Prejudice to Any Trustee Rights or Remedies

/s/ LeeAne O. Huggins ~~*with express permission*~~ Date: October 18, 2026
**KENNETH E. WEST**
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
215-627-1377