**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Hindsalee Burrell,**<br>**Debtor.**<br>**NewRez LLC d/b/a Shellpoint Mortgage Servicing,**<br><br>**Movant,**<br>**v.**<br>**Hindsalee Burrell,**<br>**Debtor/Respondent,**<br>**KENNETH E. WEST,**<br>**Trustee/Additional Respondent.** | **Bankruptcy No. 25-12800-djb**<br><br>**Chapter 13**<br><br>**Hearing Date:**<br>**Hearing Time:**<br>**Hearing Location: 900 Market Street, Suite 204 Philadelphia, PA 19107** |

**ORDER OF COURT**

AND NOW, this_____day of___________, 2026, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Automatic Stay of NewRez LLC d/b/a Shellpoint Mortgage Servicing, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT:

_________________________________

U.S. Bankruptcy Judge