**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Hindsalee Burrell,**<br>**Debtor.**<br>**NewRez LLC d/b/a Shellpoint Mortgage Servicing,**<br><br>**Movant,**<br>**v.**<br>**Hindsalee Burrell,**<br>**Debtor/Respondent,**<br>**KENNETH E. WEST,**<br>**Trustee/Additional Respondent.** | **Bankruptcy No. 25-12800-djb**<br><br>**Chapter 13**<br><br>**Hearing Date:**<br>**Hearing Time:**<br>**Hearing Location: 900 Market Street, Suite 204 Philadelphia, PA 19107** |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on _________________, 2026, I caused to be served a copy of the Stipulation Resolving Motion for Relief from Automatic Stay of NewRez LLC d/b/a Shellpoint Mortgage Servicing via First Class Mail, postage prepaid, and/or electronic mail per the attached Service List.

Debtor
Hindsalee Burrell
3031 Dowitcher Pl
Philadelphia, PA 19142-3308

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

U.S. Trustee
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By: /s/____________________
Jordan Katz, Esquire