United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 25-12800-djb

Hindsalee Burrell Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 4

Date Rcvd: Oct 29, 2026 Form ID: 155 Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Hindsalee Burrell, 3031 Dowitcher Pl, Philadelphia, PA 19142-3308 |
| 15028793 | | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15028811 | + | OnPath Federal CU, Attn: Bankruptcy Dept., 3076 Lancaster Drive NE, Salem, OR 97305-1396 |
| 15028812 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15028815 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15033965 | + | TruMark Financial Credit Union, c/o Corinne S. Brennan, Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 15034275 | + | TruMark Financial Credit Union, c/o Corinne Samler Brennan, Esquire, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 15028824 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15032337 | + | Wilmington Savings Fund, C/O Emmanuel J. Argentieri, 52 Newton Avenue, PO BOX 456, Woodbury, NJ 08096-7456 |
| 15050930 | + | Wilmington Savings Fund Society, FSB, solely as, Trustee of NRPL Trust 2019-1, Rushmore Servicing, PO Box 619094, Dallas, Texas 75261-9094 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15032312 | + | Email/Text: bankruptcy@bmgmoney.com | Oct 29 2026 18:02:00 | BMG LoansAtWork Inc, 444 Brickell Ave Suite 250, Miami, FL 33131-2404 |
| 15028795 | + | Email/Text: bankruptcy@bmgmoney.com | Oct 29 2026 18:02:00 | BMG Money, Attn: Bankruptcy, 444 Brickell Avenue Suite 250, Miami, FL 33131-2404 |
| 15028794 | | Email/Text: BarclaysBankDelaware@tsico.com | Oct 29 2026 18:01:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15028799 | | Email/Text: megan.harper@phila.gov | Oct 29 2026 18:01:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15080909 | | Email/Text: megan.harper@phila.gov | Oct 29 2026 18:01:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15028796 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2026 17:56:18 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15028797 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 29 2026 18:06:57 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15049304 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 29 2026 18:06:53 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15028798 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 29 2026 18:06:55 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 15028800 | | Email/Text: bankruptcy@philapark.org | Oct 29 2026 18:01:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |

| | | | | |
|---|---|---|---|---|
| 15028801 | + | Email/Text: bankruptcy@clicknclose.com | Oct 29 2026 18:01:00 | Click n' Close, 15301 Spectrum Drive #405, Addison, TX 75001-6877 |
| 15028802 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 29 2026 18:01:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15028803 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 29 2026 18:01:00 | Community Loan Servicing, LLC, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd Fl 5, Coral Gables, FL 33146-1839 |
| 15028804 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 29 2026 17:56:19 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15034276 | + | Email/Text: RASEBN@raslg.com | Oct 29 2026 18:01:00 | FIFTH THIRD BANK, NATIONAL ASSOCIATION, c/o ROBERTSON, ANSCHUTZ, SCHNEID, CRANE, 13010 MORRIS ROAD, SUITE 450, ALPHARETTA, GA 30004-2001 |
| 15028805 | | Email/Text: collectionbankruptcies.bancorp@53.com | Oct 29 2026 18:01:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCS83E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 15045600 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Oct 29 2026 18:01:00 | Fifth Third Bank, National Association, c/o Fifth Third, 5001 Kingsley Drive, 1MOBBW, Cincinnati Ohio 45227-1114 |
| 15034106 | + | Email/Text: RASEBN@raslg.com | Oct 29 2026 18:01:00 | Fifth Third Bank, National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15028806 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 29 2026 18:01:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 15028807 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 29 2026 17:56:19 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15028808 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 29 2026 18:01:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15042098 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 29 2026 18:01:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15030003 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2026 17:56:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15028809 | + | Email/Text: Documentfiling@lciinc.com | Oct 29 2026 18:01:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 15049660 | + | Email/Text: Documentfiling@lciinc.com | Oct 29 2026 18:01:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 15028810 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 29 2026 18:01:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15038897 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 29 2026 18:01:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 15086220 | | Email/Text: mtgbk@shellpointmtg.com | Oct 29 2026 18:01:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 15082755 | + | Email/Text: RASEBN@raslg.com | Oct 29 2026 18:01:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 15082931 | + | Email/Text: RASEBN@raslg.com | Oct 29 2026 18:01:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Robert Shearer, Robertson Anschutz Schneid Crane & Partn, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 15095836 | + | Email/Text: RASEBN@raslg.com | Oct 29 2026 18:01:00 | Newrez LLC d/b/a/ Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA |

| | | | | |
|---|---|---|---|---|
| | | | | 30004-2001 |
| 15048494 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2026 17:56:38 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15028813 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 29 2026 18:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15028814 | ^ | MEBN | Oct 29 2026 17:50:13 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15028816 | | Email/Text: bankruptcy@philapark.org | Oct 29 2026 18:01:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15028817 | + | Email/Text: bankruptcy1@pffcu.org | Oct 29 2026 18:01:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 15032420 | + | Email/Text: bankruptcy1@pffcu.org | Oct 29 2026 18:01:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 15028818 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 29 2026 18:01:00 | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, P.O. Box 55004, Irvine, CA 92619 |
| 15028819 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 29 2026 18:01:00 | Santander Bank, PO Box 961245, Fort Worth, TX 76161-0244 |
| 15033439 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 29 2026 18:01:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 15028820 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Oct 29 2026 18:01:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 15028821 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 29 2026 17:56:36 | Synchrony Bank/Lowes, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15028822 | | Email/Text: dbogucki@trumark.org | Oct 29 2026 18:02:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Ft Washington, PA 19034-2701 |
| 15028823 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 29 2026 18:01:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15028825 | ^ | MEBN | Oct 29 2026 17:50:07 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15038898 | * | Navy Federal Credit Union Attn Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CORINNE SAMLER BRENNAN | on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com scmcginly@klehr.com;nyackle@klehr.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as trustee of NRPL Trust 2019-1 bk@rgalegal.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing jkatz@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Hindsalee Burrell help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Fifth Third Bank National Association mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Fifth Third Bank National Association rshearer@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com |
| SHERRI DICKS | on behalf of Creditor Fifth Third Bank National Association shrdlaw@outlook.com, shrdlaw@outlook.com |
| SHERRI DICKS | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing shrdlaw@outlook.com shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Hindsalee Burrell<br><br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | <br>Case No. 25−12800−djb<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 15, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court